UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY HARRIS, et al., | Case No. 3:23-cv-00222-MMD-CLB |
|---|---|
| Plaintiffs | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

Consistent with the Court's July 13, 2023, order, providing forms and information to facilitate the proper initiation of civil-rights actions by *pro se* litigants, it is hereby ordered that the Clerk of the Court will send to Plaintiff Anthony Harris and Tavete Letoi, Rafael Bonet, Jeffrey Cabalan, Harry Puapuaga, Jerry Meas, and Keith Tillman **each** the approved form application to proceed *in forma pauperis* for an inmate along with the information and instructions for filing the same. All deadlines set in the July 13, 2023, order remain in effect.

DATED THIS  14th  day of    July     2023.

_____
UNITED STATES MAGISTRATE JUDGE